Yolanda C. GIBSON–MICHAELS, Petitioner,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.

No. 2007–3080, 2007–3081, 2007–3107.

United States Court of Appeals, Federal Circuit.

May 30, 2007.

Yolanda C. Gibson–Michaels, pro se.

ON MOTION

*ORDER*

Upon consideration of Petitioner's motion to withdraw her appeal and dismiss for lack of jurisdiction,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party will bear its own costs.

TIVO, INC., Plaintiff–Appellee,

v.

ECHOSTAR COMMUNICATIONS CORPORATION, Echostar DBS Corporation, Echostar Technologies Corporation, Echosphere Limited Liability Company, and Echostar Satellite LLC, Defendants–Appellants.

No. 2007–1022.

United States Court of Appeals, Federal Circuit.

May 30, 2007.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).